UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. L-08-244-S3 |
| LUCIO VELEZ-QUINTERO<br>A.K.A. "EL VIEJON" | § § § | |

## MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW the United States of America, by and through its United States Attorney for the Southern District of Texas, and respectfully moves this Honorable Court to dismiss the Indictment in the above-styled and numbered cause as to Defendant **LUCIO VELEZ-QUINTERO**. The Defendant died as the victim of a violent homicide outside of Nuevo Laredo, Tamaulipas, Mexico on April 25, 2009. The United States Marshal Service has verified his identity through a certified death certificate provided by the Attorney General's Office of the United Mexican States.

Respectfully submitted,

**KEN MAGIDSON
UNITED STATES ATTORNEY**

_____
**José Angel Moreno
Assistant United States Attorney**